UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
STEVEN R TAYLOR
5538 OLD GREENSBORO RD
RANDLEMAN, NC  27317

CASE NO. 20-10251
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-2681                                          DATE: 12/23/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS<br>P O BOX 981535<br>EL PASO, TX  79998 | $0.00<br>INT: .00%<br>NAME ID: 66460<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2009<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $11,313.36<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 1008<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $8,633.13<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 2009<br>COMMENT: |
| AMEX<br>P O BOX 981540<br>EL PASO, TX  79998 | $0.00<br>INT: .00%<br>NAME ID: 161653<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1101<br>COMMENT: |
| CARE CREDIT/GE MONEY BANK<br>P O BOX 960061<br>ORLANDO, FL  32896 | $0.00<br>INT: .00%<br>NAME ID: 65313<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $22,476.88<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 2681<br>COMMENT: OC,520A,520A,520A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,226.13<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 2681<br>COMMENT: 520A,520A,520A |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,996.32<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 7227<br>COMMENT: BELK |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $332.54<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 7875<br>COMMENT:  BELK |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,991.66<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 1671<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $6,813.70<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 2477<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $822.82<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 2681<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $275.10<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 2681<br>COMMENT: |
| NEWPORT NEWS SHIPBUILDING EMP<br>CREDIT UNION INC<br>ONE BAYPORT WAY STE 350<br>NEWPORT NEWS, VA  23606 | $9,869.19<br>INT: 6.75%<br>NAME ID: 182144<br>CLAIM #: 0005 | (V) VEHICLE-SECURED<br><br>ACCT: 0903<br>COMMENT:  15FORD |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | $0.00<br>INT: .00%<br>NAME ID: 136904<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 7904<br>COMMENT:  DT RERP,DIR,1220A |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | $0.00<br>INT: .00%<br>NAME ID: 136904<br>CLAIM #: 0028 | (S) SECURED<br>AMENDED<br>ACCT: 7904<br>COMMENT:  1220C/WDRN |
| PMB RENTALS LLC<br>% HAGWOOD & TIPTON PC<br>P O BOX 726<br>PARIS, TX  38242 | $0.00<br>INT: .00%<br>NAME ID: 181981<br>CLAIM #: 0021 | (U) UNSECURED<br>DIRECT PAY<br>ACCT: 2681<br>COMMENT:  OC,RENTAL,DIR,1220C/WDRN |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $5,584.13<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 4478<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $7,383.88<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 9771<br>COMMENT: |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0026 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SALEM RIDGE<br>% SLATTER MANAGEMENT SERVICES INC<br>P O BOX 98925<br>RALEIGH, NC  27624-8925 | $0.00<br>INT: .00%<br>NAME ID: 182320<br>CLAIM #: 0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 1019<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $448.12<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 9277<br>COMMENT: |
| SYNCHRONY BANK<br>ATTN OFFICER<br>170 W ELECTION RD STE 125<br>DRAPER, UT  84020 | $0.00<br>INT: .00%<br>NAME ID: 171983<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $10,846.28<br>INT: 6.75%<br>NAME ID: 66723<br>CLAIM #: 0006 | | (V) VEHICLE-SECURED<br><br>ACCT: 1730<br>COMMENT: 12CHEVY |
| US BANK NA<br>DBA ELAN FINANCIAL SERVICES<br>P O BOX 5227<br>CINCINNATI, OH  45201 | $5,748.02<br>INT: .00%<br>NAME ID: 169298<br>CLAIM #: 0024 | | (U) UNSECURED<br><br>ACCT: 9096<br>COMMENT: |
| US BANK NA<br>DBA ELAN FINANCIAL SERVICES<br>P O BOX 5227<br>CINCINNATI, OH  45201 | $6,171.87<br>INT: .00%<br>NAME ID: 169298<br>CLAIM #: 0025 | | (U) UNSECURED<br><br>ACCT: 1101<br>COMMENT: |
| WELLS FARGO BANK NA<br>101 N PHILLIPS AVE<br>SIOUX FALLS, SD  57104 | $0.00<br>INT: .00%<br>NAME ID: 122918<br>CLAIM #: 0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$102,985.13** | | |
| RONALD A ANDERSON ESQ<br>P O BOX 14639<br>ARCHDALE, NC  27263 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  12/23/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice